S. RICHARD DAVIDGE, Appellant, *v.* LAKE PLACID COMPANY, Respondent.*

Supreme Court, Appellate Term, First Department, July 12, 1934.

*Ehrich, Royall, Wheeler & Walter* [*Ralph Royall* of counsel], for the appellant.

*Lewis & Kelsey* [*Arthur J. Marangelo* of counsel], for the respondent.

PER CURIAM. The language in the plaintiff's bond did not "fairly place the bondholder on notice of any restriction upon defendant's obligation to pay at maturity." (*Cunningham* v. *Pressed Steel Car Co.*, 263 N. Y. 671.) In any event the restrictions contained in the trust indenture are not a bar to an action on the coupons.

Order reversed, with ten dollars costs, and motion granted.

All concur; present, CALLAHAN, FRANKENTHALER and SHIEN-TAG, JJ.

---

* Revg. 151 Misc. 542.